```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LIDIA ANDICH,

                        Plaintiff,

        -against-                                    20 Civ. 5728 (AT)

BLAIN SOUTHERN LLC and HARRY BLAIN,                  ORDER

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2020_

ANALISA TORRES, District Judge:

The initial pretrial conference scheduled for Ocober 15, 2020, is ADJOURNED *sine die*.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge