UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LIDIA ANDICH,

                          Plaintiff,

-against-

BLAIN SOUTHERN LLC and HARRY BLAIN,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/21/2020
```

20 Civ. 5728 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By **November 16, 2020**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of this Court's Individual Practices in Civil Cases, or otherwise take steps to prosecute this action. Failure to do so shall result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Baptiste v. Sommers*, 768 F.3d 212 (2d Cir. 2014).

      SO ORDERED.

Dated: October 21, 2020
       New York, New York

                                                  ANALISA TORRES
                                            United States District Judge