UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIDIA ANDICH,

                      Plaintiff,

-against-

BLAIN SOUTHERN LLC and HARRY BLAIN,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/18/2020__

20 Civ. 5728 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Having reviewed Plaintiff's supporting materials for default judgment, the Court concludes that the declaration submitted at ECF No. 18 fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires an "affidavit or declaration **signed by a party with personal knowledge**" (emphasis added). Plaintiff submitted an affidavit signed by her attorney, who is not a party with personal knowledge. The affidavit also fails to set forth the complete information required by Rule 1(c) of Attachment A.

      Accordingly, by **December 15, 2020**, Plaintiff shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

      The Clerk of Court is directed to terminate the motion at ECF No. 18.

      SO ORDERED.

Dated: November 18, 2020
          New York, New York

                                                          ANALISA TORRES
                                                United States District Judge